**STATE of Missouri, Respondent,**

v.

**Sandra A. SHERROD, Appellant.**

**No. WD 40730.**

Missouri Court of Appeals,
Western District.

April 11, 1989.

James C. Martin, Jefferson City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and
SHANGLER and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from conviction of attempted stealing by deceit, § 570.030, RSMo 1986, and sentence of six months' confinement.

Affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Dale M. SNELLING, Jr., Appellant.**

**No. WD 40947.**

Missouri Court of Appeals,
Western District.

April 11, 1989.

Donald L. Davis, Kansas City, for appellant.

Victor B. Peters, Pros. Atty., Platte County, Platte City, for respondent.

Before MANFORD, P.J., and
TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Direct appeal from conviction for violation of § 302.321, RSMo 1986.

Affirmed. Rule 30.25(b).